IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BENJAMIN HENDRICKS,**

    **Plaintiff,**

vs.                                                       **Case No.: 2:14-cv-2015**
                                                                   **JUDGE SMITH**
                                                                   **Magistrate Judge Deavers**

**ARAMARK INC.,** *et al.*,

    **Defendants.**

## ORDER

On January 9, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's claims for injunctive relief be dismissed without prejudice as moot, including his RLUIPA claim.  And that Plaintiff be permitted to proceed with his claims for monetary damages against Defendants.  (*See Report and Recommendation*, Doc. 13).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's claims for injunctive relief are hereby dismissed as moot because Plaintiff has been released and Defendants can no longer commit the alleged constitutional violations against him.  Plaintiff may pursue his claims for monetary damages against Defendants.

The Clerk shall remove Document 13 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                           */s/ George C. Smith*_____
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**